FILED
99 OCT 14 AM 9:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY HALE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NUMBER |
| | ) | |
| WARDEN, KILBY CORRECTIONAL | ) | 97-C-1860-E |
| FACILITY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

ENTERED
OCT 15 1999

**MEMORANDUM OF OPINION**

The Court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation. It has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.

The Court hereby adopts and approves the Report and Recommendation of the Magistrate Judge as the Findings and conclusions of the Court.

In accord with the Recommendation, of the Magistrate Judge, the petition for writ of habeas corpus is due to be dismissed.

An appropriate order will be entered.

DONE this \_\_\_\_13th\_\_\_\_ day of October, 1999.

_____
UNITED STATES DISTRICT JUDGE
U. W. CLEMON